UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERTO SOTO-LARA,           )
                             )
            Petitioner,      )
                             )
      v.                     ) Civil Action
                             ) No. 04-10498-WGY
UNITED STATES OF AMERICA,    )
                             )
            Respondent.      )

**GOVERNMENT'S MOTION TO ENLARGE TIME FOR FILING RESPONSE**

The United States of America, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorney Heidi E. Brieger, hereby moves to enlarge the time within which the government must file a response in the above-captioned civil action from April 7, 2004, to and including April 16, 2004.

As grounds for this Motion, the government states that the undersigned Assistant U.S. Attorney received the Court's March 18, 2004 Order today, thus additional time is necessary to assemble and review the information necessary in order to draft

the government's Response.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                                  By: /s/ Heidi E. Brieger
                                  HEIDI E. BRIEGER
                                  Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon Albert Soto-Lara, No. 04801-070, F.C.I. Elkton, Unit A/B, P.O. Box 10, Lisbon, Ohio, 44432, a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 31st day of March, 2004.

/s/ Heidi E. Brieger
HEIDI E. BRIEGER
Assistant U.S. Attorney