UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERTO SOTO-LARA, )
)
Petitioner, )
)
v. ) Civil Action
) No. 04-10498-WGY
UNITED STATES OF AMERICA, )
)
Respondent. )

## GOVERNMENT'S MOTION TO ENLARGE TIME FOR FILING RESPONSE

The United States of America, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorney Heidi E. Brieger, hereby moves to enlarge the time within which the government must file a response in the above-captioned civil action from April 16, 2004, to and including May 14, 2004.

As grounds for this Motion, the government states that in light of the undersigned Assistant U.S. Attorney's vacation from April 19, 2004 though April 23, 2004, additional time is necessary to assemble and review the information necessary in

order to draft the government's Response.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                      By: /s/ Heidi E. Brieger
                                      HEIDI E. BRIEGER
                                      Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon Albert Soto-Lara, No. 04801-070, F.C.I. Elkton, Unit A/B, P.O. Box 10, Lisbon, Ohio, 44432, a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 16th day of April, 2004.

                                      /s/ Heidi E. Brieger
                                      HEIDI E. BRIEGER
                                      Assistant U.S. Attorney