```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| ALBERTO SOTO-LARA, | ) |
|  | ) |
| Petitioner, | ) |
|  | ) |
| v. | ) Civil Action |
|  | ) No. 04-10498-WGY |
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|  | ) |
| Respondent. | ) |

**GOVERNMENT'S SECOND MOTION TO ENLARGE TIME FOR FILING RESPONSE**

The United States of America, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorney Heidi E. Brieger, hereby moves to enlarge the time within which the government must file a response in the above-captioned civil action from May 14, 2004 to May 28, 2004.

As grounds for this Motion, the government states that the undersigned Assistant U.S. Attorney's is completing an appellate brief in the matter of <u>United States v. Jose Cabrera</u>, Appeal No. 03-1890, which is due on May 19, 2004. Accordingly, additional time is necessary to draft the government's response to the

above-captioned petition.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By:
>
>_____
>HEIDI E. BRIEGER
>Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

    This is to certify that I have this day served upon Albert Soto-Lara, No. 04801-070, F.C.I. Elkton, Unit A/B, P.O. Box 10, Lisbon, Ohio, 44432, a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

    This 14th day of May, 2004.

>_____
>HEIDI E. BRIEGER
>Assistant U.S. Attorney