FILED
CLERKS OFFICE

2005 MAY 13 P 12: 36

U.S. DISTRICT COURT
DISTRICT OF MASS

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERTO SOTO-LARA,<br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>      Respondent. | **NOTICE OF APPEAL**<br><br>Civil Action No.<br>**04-10498-WGY** |

Notice is hereby given that Alberto Soto-Lara, the Petitioner acting pro se in the above referenced case (**04-10498-WGY**) appeals to the United States Court of Appeals for the First Circuit from the ORDER entered on May 3, 2005, where the Court denied the Petitioner Motion under Title 28 U.S.C. §2255. See copy attached.

Respectfully submitted,

ALBERTO SOTO-LARA
Reg. No. 04801-070 D/B
F.C.I. Elkton
P.O. BOX 10
Lisbon, Ohio 44432

Dated: May 9, 2005
Lisbon, Ohio